IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES J. KAUFMAN,

    Plaintiff,

v.

JEFFREY PUGH, SANDRA COOPER,
TERRY SHUK, ISMAEL OZANNE,
OFFICER O'CONNELL,
CHARLES E. COLE,
DANIEL WESTFIELD and SHEILA
PATTEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-421-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Jeffrey Pugh, Sandra Cooper, Terry Shuk, Ismael Ozanne, Officer O'Connell, Charles E. Cole, Daniel Westfield and Sheila Patten granting their motion for summary judgment and dismissing this case.

_____     9/26/12
Peter Oppeneer, Clerk of Court            Date